PEOPLE *ex rel.* McCULLY, Appellant, *v.* BOARD OF COM'RS OF EXCISE, Respondents.

*(Supreme Court, General Term, First Department.* February 18, 1892.)

Appeal from special term, New York county.

Application for a writ of *mandamus* on the relation of Robert B. McCully against the commissioners of excise of New York city.

Argued before VAN BRUNT, P. J., and LAWRENCE, J.

*Ezra A. Tuttle,* for appellant. *Edward Browne,* for respondents.

PER CURIAM. Our examination of the record in this case satisfies us that the justice who heard the application at the special term was right in refusing to grant the writ of *mandamus* for which the relator asked. The order below will therefore be affirmed, with costs and disbursements.